IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 09-cv-02978-REB-CBS

SETH L. GALLAHER, an individual,

    Plaintiff,

v.

DAKOTA HOMESTEAD TITLE INSURANCE COMPANY, a South Dakota corporation, and
CEDAR RAPIDS BANK & TRUST COMPANY, an Iowa chartered bank,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter before is the **Stipulated Motion To Dismiss** [#22] filed June 1, 2010. After careful review of the motion and the file, I conclude that the motion should be granted and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulated Motion To Dismiss** [#22] filed June 1, 2010, is **GRANTED**; and

2. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated June 2, 2010, at Denver, Colorado.

                                            BY THE COURT:

                                            *Bob Blackburn*
                                            Robert E. Blackburn
                                            United States District Judge